1  THOMAS R. BURKE (CA State Bar No. 141930)
   Email: thomasburke@dwt.com
2  STUART W. MILLER (State Bar No. 127766)
   Email: stuartmiller@dwt.com
3  DAVIS WRIGHT TREMAINE LLP
   One Embarcadero Center, Suite 600
4  San Francisco, California 94111
   Telephone:   (415) 276-6500
5  Facsimile:   (415) 276-6599

6  Attorneys for Defendant
   Western Communications, Inc.

**FILED**

JUN 3 0 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENT GRAY,

   Plaintiff,

v.

WESTERN COMMUNICATIONS, INCORPORATED,

   Defendant.

Case No. C05-04820 MJJ

**STIPULATION RE HEARING DATE REGARDING DEFENDANT WESTERN COMMUNICATIONS, INC.'S SPECIAL MOTION TO STRIKE AND [PROPOSED] ORDER**

By and through their respective attorneys of record, Plaintiff Kent Gray and Defendant Western Communications, Incorporated, agree and stipulate as follows:

1.  On June 5, 2007, Defendant Western Communications, Inc. ("WesCom") filed its Special Motion to Strike. WesCom also contemporaneously filed an Ex Parte Motion for An Order Resetting the Hearing Date on Defendant's Notice of Motion and Special Motion to Strike Plaintiff's Complaint pursuant to California Code of Civil Procedure Section 425.16 on the grounds that Section 425.16(f) provides that special motions to strike "shall be scheduled by the clerk of the court for a hearing not more than 30 days after the service of the motion unless the docket conditions of the court require a later hearing date."

Case No. C05-04820 MJJ
STIPULATION RE HEARING DATE RE DEFENDANT'S SPECIAL MOTION TO STRIKE COMPLAINT AND [PROPOSED] ORDER

SFO 293367v1 46846-27

Case 3:05-cv-04820-MJJ   Document 27   Filed 06/09/2006   Page 2 of 3

2. On June 6, 2006, by an email to counsel for WesCom, Monica Tutson, Clerk for this Court, informed counsel for WesCom that the Honorable Judge Martin J. Jenkins was unavailable for a hearing on July 11, 2006. WesCom was instructed to submit an Amended Notice rescheduling the hearing.

3. On June 7, 2006, Plaintiff Kent Gray filed an Opposition to WesCom's Ex Parte Application that WesCom's motion be heard within 30 days.

4. The first date that the Court is available to hear WesCom's Special Motion to Strike is ~~July 25,~~ August 22 (1) 2006 at 9:30 a.m. The parties stipulate and agree that WesCom's Motion can be heard at this date and time. Plaintiff's Opposition to Defendant's Special Motion to Strike and all supporting papers shall be filed no later than July ~~5~~ 10, 2006. Defendant's Reply in support of its Special Motion to Strike shall be filed no later than July ~~14~~ 17, 2006.

Dated this 9th day of June, 2006.

William C. McNeill, III
Lewis Bossing
THE LEGAL AID SOCIETY-EMPLOYMENT LAW CENTER

By: /s/ Lewis Bossing
Attorneys for Plaintiff KENT GRAY

Dated this 9th day of June, 2006.

Thomas R. Burke
Stuart W. Miller
DAVIS WRIGHT TREMAINE LLP

By: /s/ Thomas R. Burke
Attorneys for Defendant WESTERN COMMUNICATIONS, INC.

Pursuant to stipulation, it is so ordered.

DATE: 6/30/2006

MARTIN J. JENKINS
Judge, United States District Court

(1) The parties requested a hearing on July 25, 2006. However, the Court is unable to hear argument on Defendant's Motion on that date. The first available hearing date is August 22, 2006. Should a date open prior to August 22, 2006, the Court will contact the parties.