1  THOMAS R. BURKE (CA State Bar No. 141930)
   Email: thomasburke@dwt.com
2  STUART W. MILLER (State Bar No. 127766)
   Email: stuartmiller@dwt.com
3  DAVIS WRIGHT TREMAINE LLP
   One Embarcadero Center, Suite 600
4  San Francisco, California 94111
   Telephone:    (415) 276-6500
5  Facsimile:    (415) 276-6599

6  Attorneys for Defendant
   Western Communications, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENT GRAY, | Case No. C05-04820 MJJ |
| Plaintiff, | **STIPULATION RE HEARING DATE REGARDING DEFENDANT WESTERN COMMUNICATIONS, INC.'S SPECIAL MOTION TO STRIKE AND [PROPOSED] ORDER** |
| v. | |
| WESTERN COMMUNICATIONS, INCORPORATED, | |
| Defendant. | |

By and through their respective attorneys of record, Plaintiff Kent Gray and Defendant Western Communications, Incorporated, agree and stipulate as follows:

1.  On June 5, 2007, Defendant Western Communications, Inc. ("WesCom") filed its Special Motion to Strike. WesCom also contemporaneously filed an Ex Parte Motion for An Order Resetting the Hearing Date on Defendant's Notice of Motion and Special Motion to Strike Plaintiff's Complaint pursuant to California Code of Civil Procedure Section 425.16 on the grounds that Section 425.16(f) provides that special motions to strike "shall be scheduled by the clerk of the court for a hearing not more than 30 days after the service of the motion unless the docket conditions of the court require a later hearing date."

2. On June 6, 2006, by an email to counsel for WesCom, Monica Tutson, Clerk for this Court, informed counsel for WesCom that the Honorable Judge Martin J. Jenkins was unavailable for a hearing on July 11, 2006. WesCom was instructed to submit an Amended Notice rescheduling the hearing.

3. On June 7, 2006, Plaintiff Kent Gray filed an Opposition to WesCom's Ex Parte Application that WesCom's motion be heard within 30 days.

4. On June 9, 2006, the parties, through their respective counsel, stipulated to have WesCom's Special Motion to Strike heard on July 25, 2006 at 9:30 a.m. The parties also stipulated that Plaintiff's Opposition to Defendant's Special Motion to Strike and all supporting papers would be filed by July 5, 2006 and that Defendant's Reply in support of its Special Motion to Strike shall be filed no later than July 11, 2006.

5. On June 30, 2006, the Court issued an order setting WesCom's Special Motion to Strike to be heard on August 22, 2006. The Court also ordered Plaintiff's Opposition to be filed by July 10, 2006; Defendant's Reply to be filed by July 17, 2006.

6. Thomas R. Burke, lead counsel for Defendant WesCom will be out of the country on vacation with his family on August 22, 2006 and unavailable to participate in this hearing. Mr. Burke also has a previously scheduled out of state commitment during the period July 13 through July 17, 2006.

7. In consideration of these scheduling conflicts, counsel for the parties have conferred and hereby request that the Court reschedule the hearing for WesCom's Special Motion to Strike to take place on September 12, 2006 at 9:30 am [9:00] a.m. In addition, the parties further stipulate that WesCom's Reply may be filed and served by July 21, 2006.

Dated this 7th day of July, 2006.

William C. McNeill, III
Lewis Bossing
THE LEGAL AID SOCIETY-EMPLOYMENT LAW CENTER

By: /s/ Lewis Bossing
Attorneys for Plaintiff KENT GRAY

Dated this 7th day of July, 2006.

          Thomas R. Burke
          Stuart W. Miller
          DAVIS WRIGHT TREMAINE LLP

          By: /s/ Thomas R. Burke
          Attorneys for Defendant WESTERN COMMUNICATIONS, INC.

Pursuant to stipulation, it is so ordered.

DATE: 7/7/2006

          _____
          MARTIN J. JENKINS
          Judge, United States District Court

3

SFO 329996v1 46846-27
Case No. C05-04820 MJJ
STIPULATION RE HEARING DATE RE DEFENDANT'S SPECIAL MOTION TO STRIKE COMPLAINT AND [PROPOSED] ORDER

DAVIS WRIGHT TREMAINE LLP