William C. McNeill, III, State Bar No. 64392
Lewis Bossing, State Bar No. 227492
THE LEGAL AID SOCIETY OF SAN FRANCISCO - EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848
Fax: (415) 864-8199

Attorneys for Plaintiff
Kent Gray

Thomas R. Burke, State Bar No. 141930
Stuart W. Miller, State Bar No. 127766
DAVIS WRIGHT TREMAINE LLP
One Embarcadero Center, Suite 600
San Francisco, CA 94111
Telephone: (415) 276-6500
Fax: (415) 276-6599

Attorneys for Defendant
Western Communications, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENT GRAY, | No. C05-04820 MJJ |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL OF ACTION** |
| WESTERN COMMUNICATIONS, INCORPORATED, | |
| Defendant. | |

STIPULATION OF DISMISSAL OF ACTION
No. C05-04820 MJJ
Page 1

1
2   IT IS HEREBY STIPULATED by and between the parties to this action through their designated
3   counsel that the above-captioned action be and hereby is dismissed with prejudice as to all
4   defendants pursuant to Fed. R. Civ. Proc. 41(a)(1).
5   IT IS SO STIPULATED.

THE LEGAL AID SOCIETY OF SAN FRANCISCO –
EMPLOYMENT LAW CENTER

Dated: March 15, 2007    By: _____
                              Lewis Bossing, Counsel for Plaintiff

DAVIS WRIGHT TREMAINE LLP

Dated: March 20, 2007    By: _____
                              Thomas R. Burke, Counsel for Defendant


**THE FOREGOING STIPULATION IS APPROVED AND SO ORDERED.**

Dated: 3/25/2007    By: _____
                         HON. MARTIN J. JENKINS
                         United States District Judge

STIPULATION OF DISMISSAL OF ACTION
No. C05-04820 MJJ
Page 2